Certificate Number: 14424-PAE-DE-037165660

Bankruptcy Case Number: 23-10289



14424-PAE-DE-037165660

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 7, 2023, at 2:30 o'clock PM EST, Clyde D Kinsey completed a course on personal financial management given by internet by BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: February 7, 2023    By: /s/Edsie Lim

Name: Edsie Lim

Title: Certified Personal Finance Counselor