| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 23-10289-PMM**

| | |
|---|---|
| Clyde D. Kinsey | Petition Filed Date: 01/31/2023 |
| 20 Pinehurst Court | 341 Hearing Date: 03/07/2023 |
| Reading  PA   19607 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 03/10/2023 | $1,100.00 | | 04/10/2023 | $1,100.00 | | 05/10/2023 | $1,246.21 | |
| 06/12/2023 | $1,246.21 | | 07/11/2023 | $1,246.21 | | | | |

**Total Receipts for the Period: $5,938.63   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $7,184.84**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $5,200.00 | $0.00 | $5,200.00 |
| 1 | AMERICAN HONDA FINANCE CORP<br>»» 001 | Secured Creditors | $28.72 | $0.00 | $0.00 |
| 2 | UPSTART NETWORK INC<br>»» 002 | Unsecured Creditors | $2,080.34 | $0.00 | $0.00 |
| 3 | UPSTART NETWORK INC<br>»» 003 | Unsecured Creditors | $3,781.35 | $0.00 | $0.00 |
| 4 | ONE MAIN FINANCIAL<br>»» 004 | Unsecured Creditors | $12,372.47 | $0.00 | $0.00 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 005 | Unsecured Creditors | $297.47 | $0.00 | $0.00 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR<br>»» 006 | Unsecured Creditors | $399.17 | $0.00 | $0.00 |
| 7 | LENDMARK FINANCIAL SERVICES LLC<br>»» 007 | Unsecured Creditors | $6,638.10 | $0.00 | $0.00 |
| 8 | UNITED STATES TREASURY (IRS)<br>»» 08P | Priority Crediors | $7,583.96 | $0.00 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS)<br>»» 08U | Unsecured Creditors | $188.00 | $0.00 | $0.00 |
| 10 | WELLS FARGO<br>»» 009 | Unsecured Creditors | $2,606.63 | $0.00 | $0.00 |
| 11 | ALLY BANK<br>»» 010 | Unsecured Creditors | $1,274.23 | $0.00 | $0.00 |
| 12 | CAPITAL ONE BANK (USA) NA<br>»» 011 | Unsecured Creditors | $1,554.84 | $0.00 | $0.00 |
| 13 | LVNV FUNDING LLC<br>»» 012 | Unsecured Creditors | $7,385.58 | $0.00 | $0.00 |
| 14 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 013 | Unsecured Creditors | $5,047.65 | $0.00 | $0.00 |
| 15 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $1,332.04 | $0.00 | $0.00 |

**Chapter 13 Case No. 23-10289-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 16 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $977.59 | $0.00 | $0.00 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 016 | Unsecured Creditors | $816.24 | $0.00 | $0.00 |
| 18 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 017 | Unsecured Creditors | $553.72 | $0.00 | $0.00 |
| 19 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $3,479.77 | $0.00 | $0.00 |
| 20 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $976.47 | $0.00 | $0.00 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $1,142.36 | $0.00 | $0.00 |
| 22 | NATIONSTAR MORTGAGE LLC<br>»» 021 | Mortgage Arrears | $1,350.10 | $0.00 | $0.00 |

### SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $7,184.84 | Current Monthly Payment: | $1,247.04 |
| Paid to Claims: | $0.00 | Arrearages: | $0.83 |
| Paid to Trustee: | $635.64 | Total Plan Base: | $74,525.83 |
| Funds on Hand: | $6,549.20 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.