United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 23-10289-pmm
Clyde D. Kinsey     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3
Date Rcvd: Sep 14, 2023     Form ID: 155     Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Clyde D. Kinsey, 20 Pinehurst Court, Reading, PA 19607-3408 |
| 14752759 | + Clyde Kinsey, 20 Pinehurst Court, Reading, PA 19607-3408 |
| 14755587 | + Lakeview Loan Servicing, LLC, C/O Michael Farrington, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14752754 | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 14 2023 23:36:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14754009 | Email/Text: ebnbankruptcy@ahm.honda.com | Sep 14 2023 23:36:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14764154 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2023 23:45:18 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14752755 | + Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 14 2023 23:35:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14752756 | + Email/Text: bk@avant.com | Sep 14 2023 23:36:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 14752757 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 14 2023 23:44:01 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14766125 | + Email/PDF: ebn_ais@aisinfo.com | Sep 14 2023 23:44:08 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14752760 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 14 2023 23:44:00 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14752762 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 14 2023 23:44:11 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14752764 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 14 2023 23:36:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14762169 | + Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 14 2023 23:35:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14771408 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 14 2023 23:36:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14752766 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 14 2023 23:35:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14752767 | Email/Text: ktramble@lendmarkfinancial.com | Sep 14 2023 23:35:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14770512 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 14 2023 23:45:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14755355 | ^ | MEBN | Sep 14 2023 23:32:51 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14752771 | | Email/Text: cscommunications@mrvbanks.com | Sep 14 2023 23:35:00 | REVVI, Attn: Bankruptcy, Po Box 85800, Sioux Falls, SD 57118 |
| 14752768 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 14 2023 23:35:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14772762 | | Email/Text: nsm_bk_notices@mrcooper.com | Sep 14 2023 23:35:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14752769 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2023 23:44:08 | Ollo/ally, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14752770 | + | Email/PDF: cbp@omf.com | Sep 14 2023 23:44:03 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14772739 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 14 2023 23:45:02 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14771670 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 14 2023 23:36:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14759317 | | Email/Text: bnc-quantum@quantum3group.com | Sep 14 2023 23:36:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14753355 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 14 2023 23:43:59 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14752772 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 14 2023 23:45:53 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14752773 | | Email/Text: bknotice@upgrade.com | Sep 14 2023 23:35:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14752775 | + | Email/Text: LCI@upstart.com | Sep 14 2023 23:35:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14754539 | ^ | MEBN | Sep 14 2023 23:32:51 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14752777 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 14 2023 23:44:13 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 14763423 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Sep 14 2023 23:45:47 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14752758 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14752761 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14752763 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14752765 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14752774 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14752776 | *+ | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Sep 14, 2023 | Form ID: 155 | Total Noticed: 34

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Clyde D. Kinsey tobykmendelsohn@comcast.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC mfarrington@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Clyde D. Kinsey
      Debtor(s)                                          Chapter: 13

                                                         Bankruptcy No: 23−10289−pmm
_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this September 14, 2023 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                               Patricia M. Mayer
                                               Judge, United States Bankruptcy Court