Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 23-10289-PMM**

Clyde D. Kinsey
20 Pinehurst Court
Reading  PA    19607

Petition Filed Date: 01/31/2023
341 Hearing Date: 03/07/2023
Confirmation Date: 09/14/2023

Case Status: Open / Unconfirmed
### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/10/2023 | $1,246.21 | | 09/13/2023 | $1,246.21 | | 10/11/2023 | $1,246.21 | |
| 11/13/2023 | $1,246.21 | | 12/11/2023 | $1,246.21 | | 01/10/2024 | $1,246.21 | |
| 02/13/2024 | $1,246.21 | | 03/11/2024 | $1,246.21 | | 04/10/2024 | $1,246.21 | |
| 05/10/2024 | $1,246.21 | | 06/10/2024 | $1,246.21 | | 07/11/2024 | $1,246.21 | |

**Total Receipts for the Period:  $14,954.52   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $20,893.15**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $5,200.00 | $5,200.00 | $0.00 |
| 1 | AMERICAN HONDA FINANCE CORP »» 001 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | UPSTART NETWORK INC »» 002 | Unsecured Creditors | $2,080.34 | $187.36 | $1,892.98 |
| 3 | UPSTART NETWORK INC »» 003 | Unsecured Creditors | $3,781.35 | $340.60 | $3,440.75 |
| 4 | ONE MAIN FINANCIAL GROUP LLC »» 004 | Unsecured Creditors | $12,372.47 | $1,114.39 | $11,258.08 |
| 5 | QUANTUM3 GROUP LLC AS AGENT FOR »» 005 | Unsecured Creditors | $297.47 | $20.50 | $276.97 |
| 6 | QUANTUM3 GROUP LLC AS AGENT FOR »» 006 | Unsecured Creditors | $399.17 | $35.95 | $363.22 |
| 7 | LENDMARK FINANCIAL SERVICES LLC »» 007 | Unsecured Creditors | $6,638.10 | $597.90 | $6,040.20 |
| 8 | UNITED STATES TREASURY (IRS) »» 08P | Priority Crediors | $7,583.96 | $7,583.96 | $0.00 |
| 9 | UNITED STATES TREASURY (IRS) »» 08U | Unsecured Creditors | $188.00 | $16.95 | $171.05 |
| 10 | WELLS FARGO »» 009 | Unsecured Creditors | $2,606.63 | $234.78 | $2,371.85 |
| 11 | ALLY BANK »» 010 | Unsecured Creditors | $1,274.23 | $114.76 | $1,159.47 |
| 12 | CAPITAL ONE BANK (USA) NA »» 011 | Unsecured Creditors | $1,554.84 | $140.04 | $1,414.80 |
| 13 | LVNV FUNDING LLC »» 012 | Unsecured Creditors | $7,385.58 | $665.23 | $6,720.35 |
| 14 | JEFFERSON CAPITAL SYSTEMS LLC »» 013 | Unsecured Creditors | $5,047.65 | $454.63 | $4,593.02 |

**Chapter 13 Case No. 23-10289-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $1,332.04 | $119.97 | $1,212.07 |
| 16 | LVNV FUNDING LLC<br>»» 015 | Unsecured Creditors | $977.59 | $88.07 | $889.52 |
| 17 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 016 | Unsecured Creditors | $816.24 | $73.51 | $742.73 |
| 18 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 017 | Unsecured Creditors | $553.72 | $49.88 | $503.84 |
| 19 | LVNV FUNDING LLC<br>»» 018 | Unsecured Creditors | $3,479.77 | $313.41 | $3,166.36 |
| 20 | LVNV FUNDING LLC<br>»» 019 | Unsecured Creditors | $976.47 | $87.94 | $888.53 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $1,142.36 | $102.90 | $1,039.46 |
| 22 | NATIONSTAR MORTGAGE LLC<br>»» 021 | Mortgage Arrears | $1,350.10 | $1,350.10 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $20,893.15 | Current Monthly Payment: | $1,247.04 |
| Paid to Claims: | $18,892.83 | Arrearages: | $1,257.00 |
| Paid to Trustee: | $1,994.00 | Total Plan Base: | $74,525.83 |
| Funds on Hand: | $6.32 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/
   for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.