United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Clyde D. Kinsey  
    Debtor

Case No. 23-10289-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3  
Date Rcvd: Dec 19, 2024     Form ID: pdf900     Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Clyde D. Kinsey, 20 Pinehurst Court, Reading, PA 19607-3408 |
| 14752759 | + | Clyde Kinsey, 20 Pinehurst Court, Reading, PA 19607-3408 |
| 14755587 | + | Lakeview Loan Servicing, LLC, C/O Michael Farrington, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Dec 20 2024 00:17:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 20 2024 00:19:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14752754 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 20 2024 00:18:00 | American Honda Finance, Attn: Bankruptcy, Po Box 168088, Irving, TX 75016 |
| 14754009 | | Email/Text: ebnbankruptcy@ahm.honda.com | Dec 20 2024 00:18:00 | American Honda Finance Corporation, National Bankruptcy Center, P.O. Box 168088, Irving, TX 75016-8088 |
| 14764154 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 20 2024 00:22:04 | Ally Bank, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14752755 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Dec 20 2024 00:17:00 | Aspire Credit Card, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 14752756 | + | Email/Text: bk@avant.com | Dec 20 2024 00:19:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 14752757 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 20 2024 00:51:38 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14766125 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 20 2024 00:22:30 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14752760 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 20 2024 00:49:55 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14752762 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Dec 20 2024 00:22:40 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14752764 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Dec 20 2024 00:19:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14762169 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 20 2024 00:18:00 | Internal Revenue Service, P O BOX 7346, Philadelphia PA 19101-7346 |
| 14771408 | | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 20 2024 00:18:00 | Jefferson Capital Systems LLC, Po Box 7999, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Saint Cloud MN 56302-9617 |
| 14752766 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 20 2024 00:17:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14752767 | | Email/Text: bk@lendmarkfinancial.com | Dec 20 2024 00:17:00 | Lendmark Financial Ser, 2118 Usher St., Covington, GA 30014 |
| 14770512 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2024 00:22:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14755355 | ^ | MEBN | Dec 20 2024 00:04:36 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14752771 | | Email/Text: cscommunications@mrvbanks.com | Dec 20 2024 00:18:00 | REVVI, Attn: Bankruptcy, Po Box 85800, Sioux Falls, SD 57118 |
| 14752768 | + | Email/Text: nsm_bk_notices@mrcooper.com | Dec 20 2024 00:17:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14772762 | | Email/Text: nsm_bk_notices@mrcooper.com | Dec 20 2024 00:17:00 | Nationstar Mortgage LLC, Attn: Bankruptcy Department, P.O. Box 619096, Dallas, TX 75261-9741 |
| 14752769 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Dec 20 2024 01:03:02 | Ollo/ally, Po Box 9222, Old Bethpage, NY 11804-9222 |
| 14752770 | + | Email/PDF: cbp@omf.com | Dec 20 2024 00:22:02 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14772739 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 20 2024 00:48:18 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14771670 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Dec 20 2024 00:18:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 14759317 | | Email/Text: bnc-quantum@quantum3group.com | Dec 20 2024 00:18:00 | Quantum3 Group LLC as agent for, Genesis FS Card Services Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 14936654 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 20 2024 00:22:09 | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14753355 | ^ | MEBN | Dec 20 2024 00:04:51 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14752772 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Dec 20 2024 00:22:09 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 14752773 | | Email/Text: bknotice@upgrade.com | Dec 20 2024 00:17:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14752775 | + | Email/Text: LCI@upstart.com | Dec 20 2024 00:17:00 | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 14754539 | ^ | MEBN | Dec 20 2024 00:04:33 | Upstart Network, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14752777 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 20 2024 00:22:28 | Wells Fargo Bank NA, Po Box 14517, Des Moines, IA 50306-3517 |
| 14763423 | | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Dec 20 2024 00:22:05 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 34

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

**Recip ID        Bypass Reason   Name and Address**

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 19, 2024 | Form ID: pdf900 | Total Noticed: 37 |

| | | |
|---|---|---|
| cr | *+ | Resurgent Receivables LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 14752758 | *+ | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14752761 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14752763 | *+ | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 14752765 | *+ | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 14752774 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-4422, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 14752776 | *+ | Upstart Finance, Attn: Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |

TOTAL: 0 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRENNA HOPE MENDELSOHN | on behalf of Debtor Clyde D. Kinsey tobykmendelsohn@comcast.net |
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| ROBERT PATRICK WENDT | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC paeb@fedphe.com, LeopoldAssociatesPAX6428@projects.filevine.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Clyde D. Kinsey

Chapter 13

Bankruptcy No. 23-10289-PMM

Debtor

## ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: December 19, 2024**

*Patricia M. Mayer*

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE